**BLEICHMAR FONTI & AULD LLP**
Leslie E. Weaver (Bar No. 191305)
lweaver@bfalaw.com
555 12th Street, Suite 1600
Oakland, California 94607
Tel.: (415) 445-4004
Fax: (415) 445-4020

(*additional counsel on signature page*)

*Co-Counsel for the Park Employees' and Retirement Board Employees' Annuity and Benefit Fund of Chicago and Lead Counsel For The Class*

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **IN THE MATTER OF RULE 45 SUBPOENA ISSUED TO FERNANDO INZUNZA IN:**<br><br>ALEXANDRE PELLETIER, Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>- v. –<br><br>ENDO INTERNATIONAL PLC, RAJIV KANISHKA LIYANAARCHCHIE DE SILVA, SUKETU P. UPADHYAY, AND PAUL V. CAMPANELLI<br><br>Defendants. | Case No. '20CV1839 MMA WVG<br><br>CLASS ACTION<br><br>**NOTICE OF MOTION TO QUASH RULE 45 SUBPOENA**<br><br>Underlying Litigation: United States District Court for the Eastern District of Pennsylvania,<br>Case No. 2:17-cv-05114-MMB |

**NOTICE OF MOTION TO QUASH RULE 45 SUBPOENA**

**PLEASE TAKE NOTICE** that, upon the accompanying Memorandum of Law, Lead Plaintiff Park Employees' and Retirement Board Employees' Annuity and Benefit Fund of Chicago will move this Court at the United States District Courthouse, 333 West Broadway, San Diego, California 92101, at a date and time to be designated by this Court, for an Order, pursuant to Rule 45 of the Federal Rules of Civil Procedure, quashing Defendants subpoena directed to Fernando Inzunza in the shareholder securities class action *Pelletier v. Endo Int'l plc*, No. 2:17-cv-05114-MMB (E.D. Pa.), and for such other relief as the Court deems just and proper.

Dated: September 18, 2020

Respectfully submitted,

By: *Lesley E. Weaver*

**BLEICHMAR FONTI & AULD LLP**
Lesley E. Weaver (Bar No. 191305)
lweaver@bfalaw.com
555 12th Street, Suite 1600
Oakland, California 94607
Tel.: (415) 445-4004
Fax: (415) 445-4020

– and –

Joseph A. Fonti
jfonti@bfalaw.com
Javier Bleichmar
jbleichmar@bfalaw.com
Evan A. Kubota
ekubota@bfalaw.com
Benjamin F. Burry
bburry@bfalaw.com
Thayne Stoddard
tstoddard@bfalaw.com
7 Times Square, 27th Floor
New York, New York 10036
Tel: (212) 789-1340
Fax: (212) 205-3960

*Co-Counsel for the Park Employees' and Retirement Board Employees' Annuity and Benefit Fund of Chicago and*

*Lead Counsel For The Class*

**KEHOE LAW FIRM, P.C.**
John A. Kehoe
jkehoe@kehoelawfirm.com
Two Penn Center Plaza
1500 JFK Boulevard, Suite 1020
Philadelphia, PA 19012
Telephone: (215) 792-6676

*Additional Counsel for the Park Employees' and Retirement Board Employees' Annuity and Benefit Fund of Chicago*